THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HANNAH, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUNTINGTON BANCSHARES INCORPORATED, d/b/a THE HUNTINGTON NATIONAL BANK,<br><br>Defendant. | No. 1:18-cv-7564<br><br>Hon. Andrea R. Wood |

**DECLARATION OF ANNA MAREK IN SUPPORT OF DEFENDANT'S PARTIAL MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

I, Anna Marek, declare:

1. I have knowledge of the facts stated herein and would competently testify to the truth of these facts if called as a witness.

2. Since July 2017 to the present, I have held the position of Chicago South Area Manager of the Mortgage Retail Division of Defendant, The Huntington National Bank ("HNB").

3. I am familiar with the business operations of HNB and have authority to make these statements on its behalf. Additionally, in connection with making this Declaration, I have acquired personal knowledge of the matters stated herein by examining HNB's business records, which are created, kept, and maintained in the ordinary and regular course of business practice for HNB.

4. I am responsible for supervising all Illinois mortgage loan officers ("MLOs") in HNB's Chicago South Area.

24193678.4

EXHIBIT A

5. I supervised Illinois MLO, William Hannah ("Hannah"), from April 2018 until he resigned on October 3, 2018.

6. I supervised Illinois MLO, Dylan Hoffman ("Hoffman"), from August 2018 until he resigned on October 1, 2018.

7. I work from HNB's office in Downers Grove, Illinois.

8. HNB is a wholly-owned banking subsidiary of its parent company, Huntington Bancshares Incorporated ("HBI"), which is a multi-state diversified regional bank holding company organized under Maryland law and headquartered in Columbus, Ohio.

9. HNB issues company-wide policies, decisions, and strategies from its headquarters in Columbus, Ohio. These policies govern the compensation of MLOs, their time-entry practices, and their overtime payments.

10. Time records concerning MLOs are maintained, generated, and processed in Columbus, Ohio.

11. HNB's Mortgage Retail Division provides mortgage banking services and offers various residential loan products.

12. The Mortgage Retail Division Manager oversees HNB's mortgage lending operations from Columbus, Ohio.

13. The business operations of the Mortgage Retail Division are highly segmented due to the manner in which retail lending conditions vary across, or even within, metropolitan statistical areas.

14. The Mortgage Retail Division is divided into geographic regions (the "Regions") for organizational, managerial, and supervisory purposes, and some Regions (*e.g.*, Illinois/Wisconsin) are subdivided into geographic areas (the "Areas").

EXHIBIT A

15. A Regional Manager supervises each Region and manages all Area Managers within the Region.

16. Area Managers supervise MLOs, and in some cases, Sales Team Leaders, in the Area. Where applicable, Sales Team Leaders directly supervise MLOs.

17. MLOs are required to electronically enter their time on a system called E-Time for Area Managers or (where applicable) Sales Team Leaders to review on a bi-weekly basis.

18. Area Managers review the time records of the MLOs assigned to their Area.

19. The Regions are the Central Ohio Region, Northeast Ohio Region, Pennsylvania Region, Michigan Region, East Michigan Region, West Virginia Region, Southwest Region, and the Illinois/Wisconsin Region.

20. The Illinois/Wisconsin Region is subdivided into the Chicago North Area, Chicago South Area, and Wisconsin Area.

21. There are no HNB Areas in Illinois outside the Chicago metropolitan area.

22. From November 14, 2015 to November 14, 2018, the Chicago North Area and Chicago South Area employed a total of 42 MLOs (the "Illinois MLOs").

23. The Illinois MLOs work and reside in Illinois.

24. From November 14, 2015 to November 14, 2018, HNB employed at total of 469 MLOs in Florida, Indiana, Kentucky, Maryland, Michigan, Missouri, New Jersey, Ohio, Pennsylvania, Wisconsin, and West Virginia (the "Nonresident MLOs").

25. The Nonresident MLOs do not reside in Illinois.

26. The Nonresident MLOs do not perform any work for HNB in Illinois.

27. MLOs' day-to-day activities and responsibilities are largely determined by their loan referral sources (*i.e.*, self-generated, branch, marketing campaign, *etc.*), and their referral sources are fundamentally tied to their Area.

28. MLOs sell residential mortgage loan products by building personal relationships with referral sources such as community members, organizations, and clients located within the MLO's Area.

29. MLOs are expected to meet with the "Centers of Influence" in their Area for face-to-face consultations, marketing events, and sales pitches with the expectation that the MLOs will gain business from such interfaces.

30. MLOs' ability to originate and close loans facilitated through such meetings determines whether they will meet certain production goals and standards, which ultimately affects the calculation and amount of their compensation.

31. MLOs are non-exempt employees and are paid hourly compensation, expressed as a base salary for 40 hours worked in a week, and are also eligible to earn commissions by originating loans that are closed and funded.

32. Other than a small number of MLOs who are not subject to a commission draw schedule, commissions typically are paid only if: (i) the amount earned from loans closed and funded each month exceeds an MLO's total base salary for the month; and (ii) minimum production levels are met.

33. Minimum production levels (expressed in dollars and units) are segmented by Region, Area, team, or individual, or any combination thereof.

34. This permits the unique market conditions of different Areas to dictate MLO compensation.

EXHIBIT A

35. MLOs set their own hours and record their own time in E-Time.

36. Illinois MLOs electronically enter their time and overtime on the E-Time system for review by one of the two Illinois Area Managers.

37. The Illinois Area Managers do not have any authority over the Nonresident MLOs' duties, time-keeping, or compensation.

38. Neither the Chicago North Area Manager nor the Chicago South Area Manager have any supervisory or management authority over the Nonresident MLOs.

39. Conversely, the Nonresident MLOs' time and overtime is not entered or reviewed in Illinois.

40. HNB employed Plaintiff Hannah from May 1, 2017 to October 3, 2018.

41. At all times, Plaintiff Hannah was an Illinois MLO assigned to either the Chicago North Area or the Chicago South Area.

42. HNB employed Opt-In Plaintiff Hoffman from March 5, 2018 to October 1, 2018.

43. At all times, Opt-In Plaintiff Hoffman was an Illinois MLO assigned to Chicago South Area.

44. At all times, Hannah and Hoffman were Illinois MLOs.

45. Hannah and Hoffman performed no work outside Illinois.

46. The Illinois Area Managers had exclusive authority to supervise Hannah and Hoffman's work, review their time records, and set their compensation.

47. The Nonresident MLOs did not work within Illinois.

48. The Illinois Area Managers have no authority to supervise the work, review the time records, or set the compensation of the Nonresident MLOs.

EXHIBIT A

49. I state, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the statements in this Declaration are true and correct.

Dated: January 28, 2019          Signed: _____
                                 Anna Marek
                                 Area Manager, Chicago South Area
                                 The Huntington National Bank

24193678.4

**EXHIBIT A**